AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| In re JPMorgan Precious Metals Spoofing Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-10356 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor United States of America.

Date: 05/29/2019

*Attorney's signature*

Matthew F. Sullivan (MS 7106)
*Printed name and bar number*

1400 New York Avenue NW
Washington, DC 20530

*Address*

matthew.sullivan2@usdoj.gov
*E-mail address*

(202) 353-6200
*Telephone number*

(202) 514-0152
*FAX number*