

## LOWEY DANNENBERG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-25-19

February 6, 2019

**Via ECF**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

3/23/19.

John G. Koeltl, U.S.D.J.

Re: *In re JPMorgan Precious Metals Spoofing*, 18-cv-10356 (JGK) (S.D.N.Y.)

Dear Judge Koeltl:

As Lead Counsel for Plaintiffs, we write to request a 30-day extension of time to serve Defendant John Edmonds.

At the February 1, 2019 conference, we informed the Court that after filing this action we have been trying to personally serve Mr. Edmonds at his last known address and at his parents' home address. *See* Exhibits 1 and 2. To date, these efforts have not been successful. Mr. Edmonds' mother accepted service of the summons and complaint, but it has not been confirmed that Mr. Edmonds resides there.

We have also been in contact with Mr. Edmonds' attorney in his criminal case pending in the District of Connecticut. We are hopeful that this extension will result in completing service on Mr. Edmonds without formal motion practice and a request for alternative means of service.

The current deadline under Federal Rule of Civil Procedure 4 to serve Mr. Edmonds is today. This is Plaintiffs' first request.

We are available to answer any questions the Court may have.

Respectfully submitted,

/s/ Vincent Briganti
Vincent Briganti

cc:   All Counsel of Record (via ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601   (p) 914-997-0500   (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977   (p) 610-941-2760   (f) 610-862-9777

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Attorney: LOWEY DANNENBERG, P.C.

DOMINICK COGNATA INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Plaintiff(s)

Index # 1:18-CV10356-JGK

- against -

Purchased November 7, 2018

JPMORGAN CHASE & CO., ETAL

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MICHELLE LVOVICH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

LOWEY DANNENBERG, P.C. requested that I serve a copy of the SUMMONS AND COMPLAINT, ORDER in the above action for personal service upon JOHN EDMONDS at

624 BAY RIDGE PARKWAY
APT. 2
BROOKLYN, NY 11209

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

January 9, 2019 at 1903 Hours, January 10, 2019 at 1422 Hours and January 12, 2019 at 1346 Hours and I was unable to serve the defendant. At the given address is an apartment building where the defendant's name does not appear on any bell, mailbox or directory. On each attempt I knocked on the door to Apt. 2 but I received no answer. I spoke to several tenants who had no information pertaining the whereabouts of the defendant and I could not verify whether or not the defendant lived at said premises.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: January 16, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **MICHELLE LVOVICH** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 2048202 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 710176 |
| Qualified In New York County | Qualified in New York County | Qualified In Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Attorney: LOWEY DANNENBERG, P.C.

DOMINICK COGNATA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Plaintiff(s)

- against -

Index # 1:18-CV-10356-JGK

Purchased November 13, 2018

JPMORGAN CHASE & CO., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MICHELLE LVOVICH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 17, 2019 at 07.58 PM at

2018 WEST 12TH STREET
BROOKLYN, NY 11223

deponent served the within SUMMONS AND COMPLAINT on JOHN EDMONDS therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to "JANE SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state She identified herself as the MOTHER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | GRAY | 55 | 5'4 | 180 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2018 WEST 12TH STREET
BROOKLYN, NY 11223

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 18, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: January 18, 2019

**MICHELLE LVOVICH**

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No 01KN6178241 | No. 01MU6238632 | No 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2019 | Commission Expires April 11,2019 | Commission Expires April 3, 2019 |

License #: 2048202

Invoice #: 710875

UNITED PROCESS SERVICE, INC, 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045