

LOWEY DANNENBERG

October 30, 2019

**Via ECF**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-4-19
```

Re: *In re JPMorgan Precious Metals Spoofing Litigation*, 18-CV-10356 (JGK) (S.D.N.Y.)

Dear Judge Koeltl:

Plaintiffs met and conferred with the Department of Justice ("DOJ") and understand that DOJ plans to file a motion to stay this case indefinitely, pending the resolution of related criminal matters.[1] Plaintiffs intend to oppose this motion and respectfully request that the Court establish a briefing schedule that gives the Plaintiffs one week, or until Thursday, November 7, 2019, to respond to DOJ's motion.

The DOJ has not consented to this schedule request. Plaintiffs consent to an extension of the current stay while the Court evaluates the DOJ's expected motion.

Respectfully submitted,

/s/ Vincent Briganti
Vincent Briganti

cc: All Counsel of Record (via ECF)

*Handwritten order:*
(1) Plaintiffs (and any other parties) may respond to the Government motion for a stay (Dkt. No. 48) by November 7, 2019. The Government may reply by November 13, 2019. The case is stayed pending the Court's decision on the motion to stay.
(2) The Clerk should close Docket No. 47.
So ordered.
/s/ John G. Koeltl
U.S.D.J.
11/2/19

---

[1] The DOJ previously requested, and the Court granted, a stay of approximately three months through May 31, 2019. ECF No. 29. The stay was subsequently extended for an additional five months and is set to expire tomorrow. ECF No. 43.

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p): 610-941-2760 (f): 610-862-9777