UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE JPMORGAN PRECIOUS METALS
SPOOFING LITIGATION.

18cv10356 (JGK)
18cv10628 (JGK)
18cv10634 (JGK)
18cv10755 (JGK)
18cv11115 (JGK)
18cv11629 (JGK)
18cv11458 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On November 19, 2019, this Court stayed the lead case in this litigation until **June 30, 2020**. No. 18-cv-10356, Dkt. No. 55. The stay in the lead case applies equally to the related and consolidated cases: No. 18-cv-10628, No. 18-cv-10634, No. 18-cv-10755, No. 18-cv-11115, No. 18-cv-11629, and No. 18-cv-11458. Consistent with this Court's Memorandum Opinion and Order of November 19, 2019 in the lead case, all the cases are stayed until **June 30, 2020**. The parties should report to the Court by **June 23, 2020** as to whether the stay should be continued. The Clerk is directed to close all open motions in the cases.

**SO ORDERED.**

Dated: New York, New York
December 3, 2019

_____
John G. Koeltl
**United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-3-19