UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE JPMORGAN PRECIOUS METALS SPOOFING LITIGATION | ) ) ) ) | Master Docket No. 1:18-cv-10356 (JGK) |

## NOTICE OF MOTION FOR WITHDRAWAL OF PETER DEMATO AS COUNSEL OF RECORD AND [PROPOSED] ORDER

DOMINICK COGNATA respectfully moves, pursuant to Local Rule 1.4, for leave to withdraw the appearance of Peter Demato as counsel for Plaintiff DOMINICK COGNATA. As of February 7, 2020, Mr. Demato will no longer be associated with Lowey Dannenberg, P.C. Lowey Dannenberg will continue to be counsel of record for Plaintiff DOMINICK COGNATA and Interim Co-Lead Counsel for the Class in this matter.

Dated: February 7, 2020

Respectfully submitted,

                                                         LOWEY DANNENBERG P.C.
                                                       By:   /s Vincent Briganti
                                                             Vincent Briganti
                                                             44 South Broadway, Suite 1100
                                                             White Plains, NY  10601
                                                             Telephone: 914-997-0500
                                                             Facsimile: 914-997-0035
                                                             Email: vbriganti@lowey.com

                                                            *Interim Lead Counsel for the*
                                                            *Class and Counsel for Dominick*
                                                            *Cognata*

**SO ORDERED.**

Dated: _____, 2020                                   _____
                                                             Honorable John G. Koeltl
                                                             United States District Judge