UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE JPMORGAN PRECIOUS ) Master Docket No. 1:18-cv-10356 (JGK)
METALS SPOOFING LITIGATION )

## NOTICE OF MOTION FOR WITHDRAWAL OF PETER DEMATO AS COUNSEL OF RECORD AND [PROPOSED] ORDER

DOMINICK COGNATA respectfully moves, pursuant to Local Rule 1.4, for leave to withdraw the appearance of Peter Demato as counsel for Plaintiff DOMINICK COGNATA. As of February 7, 2020, Mr. Demato will no longer be associated with Lowey Dannenberg, P.C. Lowey Dannenberg will continue to be counsel of record for Plaintiff DOMINICK COGNATA and Interim Co-Lead Counsel for the Class in this matter.

Dated: February 7, 2020

Respectfully submitted,

LOWEY DANNENBERG P.C.
By: /s Vincent Briganti
Vincent Briganti
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
Email: vbriganti@lowey.com

*Interim Lead Counsel for the Class and Counsel for Dominick Cognata*

**SO ORDERED.**

Dated: 2/21, 2020

Honorable John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·21·20