# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-293-6330
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 23, 2020

By ECF

The Honorable Gregory H. Woods,
    Daniel Patrick Moynihan United States Courthouse,
        500 Pearl Street,
            New York, New York 10007-1312.

    Re:    *In re JPMorgan Precious Metals Spoofing Litigation*,
           No. 18-cv-10356-GHW (S.D.N.Y.)[1]

Dear Judge Woods:

On behalf of Defendant JPMorgan Chase & Co. ("JPMorgan"), I write pursuant to this Court's November 19, 2019 and December 3, 2019 orders (ECF Nos. 55 & 57), which extended the current stay of proceedings in the above-captioned consolidated action until June 30, 2020 and directed the parties to notify the Court no later than June 23, 2020 of their views as to the continuing need for a stay.

JPMorgan has consulted with the Government and with Plaintiffs. As the Court is aware, the Government has moved to continue the current stay through the conclusion of a related criminal prosecution pending in *United States* v. *Smith, et al.*, Case No. 19-cr-669 (N.D. Ill.) (ECF No. 60). JPMorgan agrees that a continued stay as proposed by the Government is appropriate.

We are available at the Court's convenience to discuss this matter.

---

[1] The following related actions have been consolidated under this caption: No. 18-cv-10628, No. 18-cv-10634, No. 18-cv-10755, No. 18-cv-11115, No. 18-cv-11629, and No. 18-cv-11458.

Hon. Gregory H. Woods                                                                                                    -2-

                              Respectfully Submitted,

                              /s/ *Amanda F. Davidoff*
                              Amanda F. Davidoff

cc:  All counsel of record (via ECF)