

June 23, 2020

**Via ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Pearl Street, Room 2260
New York, NY  10007

**Re: *In re JPMorgan Precious Metals Spoofing Litigation*, 18-CV-10356 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

      We represent Plaintiffs in this action and write in response to the Department of Justice's ("DOJ") request for an indefinite stay pending resolution of related criminal matters.  *See* ECF 60.  Plaintiffs do not oppose extending the stay, but request a three month, rather than indefinite, extension that gives DOJ the right to apply for a renewal at that time.[1] This approach recognizes DOJ's concerns but avoids the type of blanket stay that prejudices Plaintiffs and is disfavored in the district. *JHW Greentree Capital, L.P. v. Whittier Tr. Co.*, No. 05 CIV. 2985 (HB), 2005 WL 1705244, at *1-3 (S.D.N.Y. July 22, 2005).

      Respectfully submitted,

      /s/ Vincent Briganti
      Vincent Briganti

cc:    All Counsel of Record (via ECF)

---

[1] The DOJ has previously not opposed periodic reviews of the necessity of continuing the stay. *See* ECF 52.

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977  (p): 610-941-2760  (f): 610-862-9777