```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                        :

IN RE JPMORGAN PRECIOUS METAL       :
SPOOFING LITIGATION,                           :         Master Docket No:
                                                                        :         1:18-cv-10356-GHW
                                                                        :
----------------------------------------------------------------- X         ORDER

GREGORY H. WOODS, United States District Judge:

       The stay in this case is extended through May 30, 2021 in light of the trial scheduled for April 2021 in *United States v. Smith, et al.*, Case No. 19 CR 669 (N.D. Ill.). Any request for an extension of the stay is due no later than May 15, 2021.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60.

       SO ORDERED.

Dated: June 25, 2020

                                                                            GREGORY H. WOODS
                                                                     United States District Judge