UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN PRECIOUS METALS SPOOFING LITIGATION | Master Docket No. 18-cv-10356 (GHW) |
| THIS DOCUMENT RELATES TO: All Actions | <u>CLASS ACTION</u> |

**<u>AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase & Co., by its undersigned counsel, states as follows:

Defendant JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated:   Washington, District of Columbia
         April 6, 2021

<u>/s/ *Amanda Flug Davidoff*</u>
Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC  20006-5215
davidoffa@sullcrom.com
Telephone: (202) 956-7500
Fax:          (202) 956-7676

*Attorney for Defendant JPMorgan Chase & Co.*