```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
                                                                 :
IN RE JPMORGAN PRECIOUS METAL                                    :
SPOOFING LITIGATION,                                             :      Master Docket No:
                                                                 :      1:18-cv-10356-GHW
                                                                 :
---------------------------------------------------------------- X      ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2021

GREGORY H. WOODS, United States District Judge:

The stay in this case is extended through December 15, 2021 in light of the trial scheduled for October 2021 in *United States v. Smith, et al.*, Case No. 19 CR 669 (N.D. Ill.).  Any request for an extension of the stay is due no later than December 1, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 70.

SO ORDERED.

Dated: May 16, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge