**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JPMORGAN PRECIOUS METALS SPOOFING LITIGATION | Master Docket No. 18-cv-10356-GHW <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Robert A. Sacks, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for defendant JPMorgan Chase & Co.  This entry of appearance is subject to and without waiving any applicable defenses or waiving any objections to forum or venue.

Dated: September 24, 2021
       New York, New York

                                        Respectfully submitted,


                                        /s/ *Robert A. Sacks*
                                        Robert A. Sacks
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004
                                        sacksr@sullcrom.com
                                        Telephone: (212) 558-4000
                                        Fax:        (212) 558-3588

                                        *Counsel for Defendant JPMorgan Chase & Co.*