UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN PRECIOUS METALS SPOOFING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 1:18-cv-10356<br><br>Hon. Gregory H. Woods |

**CLASS PLAINTIFFS' NOTICE OF MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
<u>WITH DEFENDANT JPMORGAN CHASE & CO.</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Vincent Briganti, dated November 19, 2021 and the exhibits attached thereto including the Settlement Agreement, and the record herein, Plaintiffs Dominick Cognata, Melissinos Trading, LLC, Casey Sterk, Kevin Maher, Kenneth Ryan, Robert Charles Class A, L.P., Robert L. Teel, Mark Serri, Yuri Alishaev, Abraham Jeremias, and Morris Jeremias (collectively, "Class Plaintiffs"), by and through their undersigned counsel, will respectfully move this Court, before the Honorable Gregory H. Woods, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York at a date and time to be determined by this Court, for an order granting Class Plaintiffs' motion for preliminary approval of the settlement with Defendant JPMorgan Chase & Co. and for such other relief as set forth in the proposed order filed herewith.

Dated: November 19, 2021  
White Plains, New York

**LOWEY DANNENBERG, P.C.**

     /s/ *Vincent Briganti*  
Vincent Briganti  
Raymond P. Girnys  
Christian Levis  
44 South Broadway  
White Plains, NY 10601  
Tel.: (914) 997-0500  
Fax: (914) 997-0035  
E-mail: vbriganti@lowey.com  
E-mail: rgirnys@lowey.com  
E-mail: clevis@lowey.com

*Lead Counsel for Class Plaintiffs*

**GIRARD SHARP LLP**  
Daniel C. Girard  
Jordan Elias  
601 California Street, Suite 1400  
San Francisco, CA 94108  
Tel.: 415-981-4800  
E-mail: dgirard@girardsharp.com  
E-mail: jelias@girardsharp.org

**HAUSFELD LLP**  
Timothy S. Kearns  
888 16th Street, N.W., Suite 300  
Washington, DC 20006  
Tel.: 202-540-7200  
E-mail: tkearns@hausfeld.com

| | |
|---|---|
| **NUSSBAUM LAW GROUP, P.C.**<br>Linda P. Nussbaum<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel.: 917-438-9102<br>E-mail: lnussbaum@nussbaumpc.com | **ROBINS KAPLAN LLP**<br>Kellie C. Lerner<br>David Rochelson<br>399 Park Avenue, Suite 3600<br>New York, NY 10022<br>Tel.: 212-980-7400<br>E-mail: KLerner@RobinsKaplan.com<br>E-mail: DRochelson@RobinsKaplan.com |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Deborah Clark-Weintraub<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: 212-223-6444<br>E-mail: dweintraub@scott-scott.com | **WEISSLAW LLP**<br>Mark David Smilow<br>1500 Broadway, Suite 1601<br>New York, NY 10036<br>Tel.: 212-682-3025<br>E-mail: msmilow@weisslawllp.com |

*Additional Plaintiffs' Counsel*