```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
:
IN RE JPMORGAN PRECIOUS METAL    :
SPOOFING LITIGATION,             :   Master Docket No:
:   1:18-cv-10356-GHW
:
------------------------------------------------------------- X    ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received class plaintiffs' November 20, 2021 motion for preliminary approval of class action settlement with defendant J.P. Morgan Chase Co (the "Motion"). Dkt. No. 77. The Court will hold a conference to discuss the Motion on November 29, 2021 at 3:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: November 21, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge