UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN PRECIOUS METALS SPOOFING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 1:18-cv-10356<br><br>Hon. Gregory H. Woods |

**NOTICE OF CLASS PLAINTIFFS' MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
<u>WITH DEFENDANT JPMORGAN CHASE & CO.</u>**

**PLEASE TAKE NOTICE** that, on July 7, 2022 at 3:00 p.m. (ET) before the Honorable Gregory H. Woods, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, via audio teleconference (toll-free number 1-888-567-1602 or, if calling from outside the United States or Canada, 1-862-298-0702), Class Counsel will and hereby do move the Court for an order granting final approval of the Settlement between Class Plaintiffs and Defendant JPMorgan Chase & Co., and for such other relief as the Court may deem just and proper.

The grounds for this Motion are set forth in and based on the accompanying memorandum of law and supporting papers filed herewith, along with the argument of counsel, all other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

Dated: May 6, 2022   Respectfully submittted,
White Plains, New York

**LOWEY DANNENBERG, P.C.**

_____/s/ Vincent Briganti_____
Vincent Briganti
Raymond P. Girnys
Christian Levis
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
E-mail: vbriganti@lowey.com
E-mail: rgirnys@lowey.com
E-mail: clevis@lowey.com

*Class Counsel for Class Plaintiffs*

**GIRARD SHARP LLP**
Daniel C. Girard
Jordan Elias
601 California Street, Suite 1400
San Francisco, CA 94108
Tel.: 415-981-4800
E-mail: dgirard@girardsharp.com
E-mail: jelias@girardsharp.org

**HAUSFELD LLP**
Timothy S. Kearns
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel.: 202-540-7200
E-mail: tkearns@hausfeld.com

| | |
|---|---|
| **NUSSBAUM LAW GROUP, P.C.**<br>Linda P. Nussbaum<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel.: 917-438-9102<br>E-mail: lnussbaum@nussbaumpc.com | **ROBINS KAPLAN LLP**<br>Kellie C. Lerner<br>David Rochelson<br>1325 Avenue of the Americas, Suite 2601<br>New York, NY 10019<br>Tel.: 212-980-7400<br>E-mail: KLerner@RobinsKaplan.com<br>E-mail: DRochelson@RobinsKaplan.com |
| **SCOTT+SCOTT ATTORNEYS<br>    AT LAW LLP**<br>Deborah Clark-Weintraub<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: 212-223-6444<br>E-mail: dweintraub@scott-scott.com | **WEISS LAW LLP**<br>Mark David Smilow<br>1500 Broadway, Suite 1601<br>New York, NY 10036<br>Tel.: 212-682-3025<br>E-mail: msmilow@weisslawllp.com |

*Supporting Counsel*