```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
IN RE JPMORGAN PRECIOUS METAL                                 :
SPOOFING LITIGATION,                                          :
                                                              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022

Master Docket No:
1:20-cv-10356-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to terminate all motions, adjourn all deadlines, and close this case, as well as member and related cases 1:18-cv-10628-GHW; 1:18-cv-10634-GHW; 1:18-cv-10755-GHW; 1:18-cv-11115-GHW; 1:18-cv-11629-GHW; 1:18-cv-11458-GH; 1:18-cv-10628-GHW; 1:18-cv-10634-GHW; 1:18-cv-10755-GHW; 1:18-cv-11629-GHW; 1:18-cv-11115-GHW; and 1:18-cv-11458-GHW.

SO ORDERED.

Dated: July 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge