UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

:

:

IN RE JPMORGAN PRECIOUS METAL          :          Master Docket No.
SPOOFING LITIGATION,                              :          1:18-cv-10356-GHW

:

--------------------------------------------------------------------- X          ORDER

GREGORY H. WOODS, United States District Judge:

On June 24, 2026, Michael Coscia submitted a letter objecting to portion of the distribution.

Dkt. No. 127.  Counsel for Lead Plaintiffs and Defendants are directed to respond to the objections

raised by Mr. Coscia's letter no later than July 2, 2026.

SO ORDERED.

Dated: June 25, 2026
        New York, New York

_____
        GREGORY H. WOODS
        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2026