USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

IN RE JPMORGAN PRECIOUS METAL SPOOFING LITIGATION,

Master Docket No. 1:18-cv-10356-GHW

---------------------------------------------------------------- X

ORDER

GREGORY H. WOODS, United States District Judge:

On June 24, 2026, Michael Coscia submitted a letter objecting to portion of the distribution. Dkt. No. 127. Counsel for Lead Plaintiffs and Defendants responded to the objections on July 2, 2026. Dkt. No. 129 ("Lead Plaintiffs' Response"); Dkt. No. 131 (Defendant's response). Counsel for Lead Plaintiffs also submitted a declaration regarding the late but otherwise eligible claims that are the subject of Mr. Coscia's objections. Dkt. No. 130.

For the reasons stated in Lead Plaintiffs' Response, Mr. Coscia's objections are overruled. Mr. Coscia objects to the distribution to the late but otherwise eligible claims for the sole reason that it will increase his return. No other class member has presented a similar concern. To provide the incremental additional damages that Mr. Coscia requests would deprive many other injured class members of any redress at all. Therefore, for the reasons stated in Lead Plaintiffs' Response, Mr. Coscia's objections are overruled.

SO ORDERED.

Dated: July 2, 2026

GREGORY H. WOODS
United States District Judge